IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | | |
|---|---|---|
| BRANDON GROCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12-CV-2688 RDR/KGS |
| v | ) | |
| | ) | |
| PHARMACEUTICAL RESEARCH ASSOCIATES, INC. | ) ) | |
| | ) | DEMAND FOR JURY TRIAL |
| Defendant. | ) | |

## PHARMACEUTICAL RESEARCH ASSOCIATES, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Pharmaceutical Research Associates, Inc. by and through its attorney of record, Jenifer W. Svancara of the Law Offices of Donald B. Balfour, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

PRA International Operations, Inc. owns 10% or more of its stock.

LAW OFFICES OF DONALD BALFOUR

/s/ Jenifer W. Svancara
Jenifer W. Svancara, #20966
5901 College Blvd., Suite 410
Overland Park, KS 66211
(913) 661-2730; Fax (913) 661-2729
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the clerk of said Court (with a copy to be mailed to any individuals who do not receive electronic notice from the clerk) this 13th day of March, 2013.

/s/ Jenifer W. Svancara
Jenifer W. Svancara
For the Firm