# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRANDON GROCE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-cv-2688 RDR/KGS |
| ) | |
| PHARMACEUTICAL ) | |
| RESEARCH ASSOCIATES, INC. ) | |
| ) | |
| Defendant. ) | |

## MOTION TO STAY PROCEEDINGS

**COMES NOW** Plaintiff Brandon Groce, appearing by and through counsel, and for his Motion to Stay Proceedings states as follows:

1. Federal courts have the inherent power to control their dockets and stay proceedings. <u>Landis v. North American Co.</u>, 299 U.S. 248, 254-55 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants").

2. Plaintiff alleges an injury to his back arising from a slip and fall incident on Defendant's premises.

3. Plaintiff recently had a back surgery on March 7, 2013, which he claims is casually related to the slip and fall incident. Plaintiff expects to be recovering from this surgery for the next several months.

4. Plaintiff requests a stay of these proceedings for 120 days due to his recent back surgery. Plaintiff contends that a stay is justified for the following reasons:

    a.     Plaintiff will be unable to fully participate in discovery while he is recovering from surgery.

    b.     A stay will allow the parties to more accurately assess damages by allowing the Plaintiff to complete treatment and present all medical expenses that he claims to be causally related.

    c.     A stay will not require the alteration of any existing deadlines because no scheduling order is currently in place.

5. Defendant has indicated to Plaintiff's counsel that it does not agree to a stay. However, a stay will result in no undue prejudice to the Defendants, as both parties will be unable to obtain discovery while the stay is in place.

**WHEREFORE** Plaintiff moves for a stay of these proceedings for 120 days.

Respectfully Submitted,

CASTLE LAW OFFICE of KANSAS CITY, P.C.

/s/ Andrew Schendel
Andrew Schendel, KS #24045
811 Grand Blvd., Suite 101
Kansas City, Missouri 64106
(816) 283-0303 phone
(816) 842-0016 facsimile
aschendel@castlelaw-kc.com
ATTORNEY FOR PLAINTIFF

**Certificate of Service**

I certify that on March 29, 2013, I electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jennifer Svancara
Law Offices of Donald Balfour
5901 College Blvd., Suite 410
Overland Park, KS 66211
jennifer.svancara@cna.com
ATTORNEY FOR DEFENDANT

/s/ Andrew Schendel