## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BRANDON GROCE** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 12-cv-2688 RDR/KGS |
| | ) |
| **PHARMACEUTICAL** | ) |
| **RESEARCH ASSOCIATES, INC.** | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

**COMES NOW** Plaintiff Brandon Groce, appearing by and through counsel, and certifies that responses to Defendant's First Interrogatories and First Request for Production to Plaintiff were sent via first class mail and e-mail on September 30, 2013 to defense counsel at the address listed in the attached certificate of service.

Respectfully Submitted,

CASTLE LAW OFFICE of KANSAS CITY, P.C.

/s/ Andrew Schendel
Andrew Schendel, KS #24045
811 Grand Blvd., Suite 101
Kansas City, Missouri 64106
(816) 283-0303 phone
(816) 842-0016 facsimile
aschendel@castlelaw-kc.com
ATTORNEY FOR PLAINTIFF

**Certificate of Service**

I certify that on August 30, 2013, I electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jennifer Svancara
Law Offices of Donald Balfour
5901 College Blvd., Suite 410
Overland Park, KS 66211
jennifer.svancara@cna.com
ATTORNEY FOR DEFENDANT

                                                                            /s/ Andrew Schendel