# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BRANDON GROCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v | ) | Case No. 12-CV-2688-KGS |
| | ) | |
| PHARMACEUTICAL RESEARCH ASSOCIATES, INC. | ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

NOW on this 4th day of December, 2013, the above and foregoing matter comes before the Court on a stipulation for dismissal of Plaintiff Brandon Groce's action against Defendant Pharmaceutical Research Associates, Inc. pursuant to Federal Rule 41(a)(2). The Court finds that the parties have agreed to a stipulation for dismissal of this case with prejudice to the Plaintiff Brandon Groce from bringing another cause of action against the Defendant Pharmaceutical Research Associates, Inc., as set forth in the Plaintiff's Complaint.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint be dismissed with prejudice as to the Defendant Pharmaceutical Research Associates, Inc.

IT IS FURTHER ORDERED that each party in this matter shall bear their own costs.

s/ K. Gary Sebelius  
K. Gary Sebelius  
U.S. Magistrate Judge

APPROVED AS TO FORM:

_____
Andrew Schendel
Castle Law Office of Kansas City, P.C.
811 Grand Blvd., Suite 101
Kansas City, MO 64106
Phone: (816) 283-0303
Fax:    (816) 842-0016
aschendel@castlelaw-kc.com

ATTORNEY FOR PLAINTIFF


And

_____
Jenifer Svancara, # 20966
LAW OFFICES OF DONALD B. BALFOUR
5901 College Blvd., Suite 410
Overland Park, KS 66211
(913) 661-2730; Fax (913) 661-2729rtlch
ATTORNEY FOR DEFENDANT